IN THE UNITED STATES DISTRICT
COURT FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| EMIGDIO PACHECO AND CATARINA PACHECO | § | |
| PLAINTIFFS | § | |
| | § | CASE NO. 7:15-cv-464 |
| VS. | § | |
| | § | |
| STANDARD GUARANTY INSURANCE COMPANY | § | |
| DEFENDANT | § | |

## AGREED NOTICE OF SETTLEMENT

TO THE HONORABLE JUDGE OF SAID COURT:

 Plaintiffs and Defendant file this Agreed Notice of Settlement and respectfully notify the Court as follows:

 On January 7, 2016, the parties participated in mediation with Mike Zanca, and thereafter the case was settled. The parties are working on preparing settlement documents and will file a Joint Stipulation of Voluntary Dismissal With Prejudice when the documents and disbursements are completed.

Respectfully submitted,

Krystal Elaine Garza
State Bar No. 24091855
krystal@vgonzalezlaw.com
The Law Offices of V. Gonzalez & Assoc., PC
121 N. 10th Street
McAllen, TX 78501
(956) 630-3266
(956) 630-0383 FAX

ATTORNEYS FOR PLAINTIFFS,
EMIGDIO PACHECO and
CATARINA PACHECO

Carter L. Ferguson
Federal I.D. No. 33538
State Bar No. 06909500

BRACKETT & ELLIS
A Professional Corporation
100 Main Street
Fort Worth, TX 76102-3090
(817) 338-1700
(817) 870-2265  Facsimile
Email:  cferguson@belaw.com

ATTORNEY FOR DEFENDANTS